No. 147. SMITH *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certio-

rari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Sher* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key, J. Louis Monarch, Joseph M. Jones,* and *Warner W. Gardner* for respondent.